**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SANDRA PENNYWELL, Warden,<br><br>　　　　Respondent. | No. CV 13-3797-VAP (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the

Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 6, 2015.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE