**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>SANDRA PENNYWELL, Warden,<br><br>    Respondent. | No. CV 13-3797-VAP (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 6, 2015.

                                      /s/ Virginia A. Phillips
                                      VIRGINIA A. PHILLIPS
                                      UNITED STATES DISTRICT JUDGE